UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WIJEWEERA,

    Plaintiff

  v.                              C-1-01-272

P&G,

    Defendant

**ORDER**

By agreement of counsel and the parties, the above styled case is REFERRED to Mediation. Mediation shall be concluded by April 2, 2004.

**IT IS SO ORDERED.**

                                **s/Herman J. Weber**
                              Herman J. Weber, Senior Judge
                              United States District Court