OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

JAMES A. BONINI, CLERK

324 POTTER
STEWART COURTHOUSE
100 E. FIFTH STREET
CINCINNATI, OHIO 45202
(513) 564-7500

TERRY T. DEINLEIN
CHIEF DEPUTY CLERK

March 10, 2004

C-01-272

Sheila M. Smith
Freking & Betz
215 E. 9th St. 5th fl.
Cincinnati, Ohio 45202

Michael S. Glassman
1900 Chemed Center
225 E. 5th St.
Cincinnati, Ohio 45202

Re: Wijeweera v P & G. - Mediation

On March 4, 2004, I issued a Notice regarding the above case for mediation purposes for 3/23/04 at 9:00 a.m. It directed parties to report to the Clerk's Office, U. S. District Court for mediation room assignment. As we are limited in space for mediation purposes, counsel for the plaintiff offered her office for the mediation. Please report on 3/23/04 at 9:00 a.m. to the following address:

> Freking & Betz
> 215 E. 9th St., 5th fl.
> Cincinnati, Ohio. 45202.

The mediator, Mr. Felix Gora is to issue in writing the status of the mediation to this office.

If you have any questions, please feel free to call me.

Sincerely,

Anne Hendrickson
Deputy Clerk

cc: Felix Gora, mediator