UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAYANTHIKA WIJEWEERA,

      Plaintiff

      v.                     C-1-01-272

PROCTOR & GAMBLE CO.

      Defendant

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

    **IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated. All motions pending before this Court are hereby rendered **MOOT** and are **DENIED**.

        **IT IS SO ORDERED.**

                          _____s/Herman J. Weber_____

                          Herman J. Weber, Senior Judge

                          United States District Court