

FILED
JAMES BONINI
CLERK

04 APR 30 PM 2:05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WIJEWEERA,

VS.                       CIVIL. ACTION: C-1-01-272

P&G                      JUDGE WEBER

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby acknowledge receipt of the Depositions submitted by the defendant in the above styled case.

04/30/04
Date

*Michael Glassman*
Defense atty