**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JAYANTHIKA WIJEWEERA | : | Case No.  C-1-01-272 |
| | : | (Judge Weber) |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF DISMISSAL WITH** |
| | : | **PREJUDICE** |
| THE PROCTER & GAMBLE CO. | : | |
| | : | |
| Defendant. | : | |

Plaintiff hereby dismisses this action with prejudice.

.

                              Respectfully submitted,

                              /s/ Sheila M. Smith
                              Sheila M. Smith (0065115)
                              Trial Attorney for Plaintiff
                              FREKING & BETZ
                              215 East Ninth Street, Fifth Floor
                              Cincinnati, OH  45202
                              (513) 721-1975

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

                              /s/ Sheila M. Smith