UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAYANTHIKA WIJEWEERA | : Case No. C-1-01-272 |
| | : (Judge Weber) |
| Plaintiff, | : |
| | : |
| v. | : **NOTICE OF DISMISSAL WITH** |
| | : **PREJUDICE** |
| THE PROCTER & GAMBLE CO. | : |
| | : |
| Defendant. | : |

Plaintiff hereby dismisses this action with prejudice.

Respectfully submitted,

approved
H. Weber DJ
S
7/8/04

/s/ Sheila M. Smith
Sheila M. Smith (0065115)
Trial Attorney for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH  45202
(513) 721-1975

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2004, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Sheila M. Smith